UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                            Civil No. 05-71310
                                                Honorable Victoria A. Roberts

TWENTY FOUR THOUSAND FOUR
HUNDRED FIFTY FOUR DOLLARS ($24,454.00)
IN UNITED STATES CURRENCY AND ELEVEN
THOUSAND ONE HUNDRED FIFTY DOLLARS
($11,150.00) IN UNITED STATES CURRENCY,

        Defendants.
_____/

## CONSENT JUDGMENT AND FINAL ORDER OF FORFEITURE

Upon the Stipulation for Entry of Consent Judgment and Final Order of Forfeiture ("Stipulation") entered into and executed by the parties, and the Court being fully advised in the premises; now, therefore;

IT IS HEREBY ORDERED AND ADJUDGED that the provisions of the Stipulation are incorporated by reference and adopted herein, and given full force and effect; and

IT IS FURTHER ORDERED that upon payment of the sums specified in the Stipulation this matter shall be **DISMISSED** with prejudice and without costs to any party, except as may be set forth in the Stipulation.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: November 21, 2005

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 21, 2005.
>
> s/Carol A. Pinegar
> Deputy Clerk

Approved for entry by:

/s/Ronald McDuffie
Ronald McDuffie, Esq. (P-34858)
Attorney for Claimant Omar Kareem Vaughn
1090 Inkster Road
Inkster, Michigan 48141
(313)-724-9022